UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO GILMORE,<br>　　　　Plaintiff,<br>　　v.<br>KATRINA LAKE, et al.,<br>　　　　Defendants. | Case No. 16-cv-06518-MEJ<br><br>**ORDER TO SHOW CAUSE** |

On November 9, 2016, Plaintiff Antonio Gilmore filed a Complaint and an Application to Proceed in Forma Pauperis. Compl., Dkt. No. 1; Appl., Dkt. No. 2. On November 9, 2016, the Clerk of Court directed Plaintiff to either consent to or decline magistrate jurisdiction within 14 days of filing, or November 23, 2016; the Clerk also set case management deadlines. *See* Order Setting Initial CMC and ADR Deadlines ("CMC Order"), Dkt. No. 3. On November 21, 2016, the undersigned granted Plaintiff's Application. Dkt. No. 4. The Court served each of these documents on Plaintiff at the address he had provided to the Court via first class mail. Each document was returned to the Court as undeliverable. *See* First Mail Return Receipt, Dkt. No. 6; Second Mail Return Receipt, Dkt. No. 7; Third Mail Return Receipt, Dkt. No. 8). Plaintiff has failed to update his address of record with the Court, and has not prosecuted the action since initially filing the Complaint.

Based on this inaction, the Court hereby **ORDERS** Plaintiff Antonio Gilmore to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Plaintiff shall file a declaration by February 6, 2017. If a responsive declaration is filed, the Court shall either issue an order based on the declaration or conduct a hearing on February 9, 2017 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. <u>Notice is hereby provided that failure to file a written response will be deemed an admission that Plaintiff does not intend to prosecute, and the case will be dismissed</u>

<u>without prejudice.</u>  Thus, it is imperative that the Court receive a written response by the deadline above.

**IT IS SO ORDERED.**

Dated: January 25, 2017

_____
MARIA-ELENA JAMES
United States Magistrate Judge